IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN REIGLE,** | : | **CIVIL NO. 1:16-CV-1177** |
| Petitioner | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **MAHANOY STATE PRISON,** | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS, PA ATTORNEY** | : | |
| **GENERAL,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 30th day of June, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), it is hereby ORDERED that:

1. The motion (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED for the sole purpose of filing this action.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

4. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania